UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Automated Transactions LLC

        v.                                 Civil No. 11-cv-451-PB

Cigarette City, et al

O R D E R

     I hereby recuse myself from this case as Jamie Hage has filed an appearance on behalf of the plaintiff.

     SO ORDERED.

November 14, 2011                            /s/ Paul Barbadoro
                                               Paul Barbadoro
                                               United States District Judge

cc:    Counsel of Record