UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Automated Transactions LLC</u>

      v.          Civil No. 11-cv-451-PB

<u>Cigarette City, et al</u>

O R D E R

   I hereby recuse myself from this case as Jamie Hage has filed an appearance on behalf of the plaintiff.

   SO ORDERED.

November   14, 2011       /s/ Paul Barbadoro
                  Paul Barbadoro
                  United States District Judge

cc:  Counsel of Record